#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO

Civil Action No.

JOSEPH MARINO and TONIA MARINO,

Plaintiffs,

v.

KYLE KIRKPATRICK, PA-C; MARIA ASTIZ, M.D.; STEPHEN ALTMIN, M.D.; CATHOLIC HEALTH INITIATIVES COLORADO d/b/a CENTURA HEALTH – ST. ANTHONY HOSPITAL CENTRAL, JEREMIAH FLEENOR, M.D.; MARK WARREN, M.D.; SARAH HUBBELL, M.D.; MARK CARVALHO, M.D.; MARK S. TUTTLE, M.D.; MARK LIU, PA-C; LESLIE PROCTOR, M.D.; PAUL HAUTAMAA, M.D.; SCL HEALTH – FRONT RANGE, INC. d/b/a SAINT JOSEPH HOSPITAL, KAISER FOUNDATION HEALTH PLAN OF COLORADO.

Defendants

### DEFENDANT- CHIC'S NOTICE OF REMOVAL

The Defendant, CATHOLIC HEALTH INITIATIVES COLORADO d/b/a CENTURA HEALTH-ST. ANTHONY HOSPITAL CENTRAL, ("St. Anthony Hospital") by its attorneys Gordon & Rees LLP hereby files this Notice of Removal. In support thereof, the Defendant states as follows:

1. This case was filed in the District Court of Denver County, Colorado. While the Plaintiffs' Complaint was filed in District Court of Denver County on January 10, 2014, service on St. Anthony Hospital was not accomplished until May 30, 2014. See **Exhibit A**, a copy of the District Court Civil Cover for this matter filed in the District Court for Denver County, Colorado. A copy of the Summons issued to this Defendant is attached as **Exhibit B**.

2. The complaint served on St. Anthony Hospital on May 30, 2014, is Plaintiffs' Amended Complaint and Jury Demand, a copy of which is attached as **Exhibit C**.

3. 28 U.S.C. § 1446(a) requires that a Notice of Removal contain a short and plain statement of the grounds for removal.  Removal of this matter is based upon 28 U.S.C. § 1331, as the Plaintiff's Amended Complaint raises a Federal question arising under the laws of the United States.  Specifically, Plaintiffs' Fifth and Sixth Claims for Relief are directed against St. Anthony Hospital, claiming violations of EMTALA, 42 U.S.C. § 1395dd *et. seq.*  See Exhibit C, Plaintiffs' Amended Complaint.  The Fifth and Sixth Claims of Plaintiffs' Amended Complaint seek money damages for the alleged violations of the provisions of EMTALA.

4. A copy of the Notice of Filing of Notice of Removal filed in the District Court of Denver County, Colorado, is attached as **Exhibit D.**

5. Pursuant to the Local Rules of Practice of the United States District Court for the District of Colorado, the Defendant is filing the Civil Cover Sheet and the Supplemental Civil Cover Sheet for Notices of Removal.

WHEREFORE, the Defendant requests the Court to accept this Notice of Removal, assume jurisdiction of this case and issue such further orders and processes as may be necessary.

Dated this the 3rd day of June 2014.

s/ D. Scott Rendleman
D. Scott Rendleman, Esq.
GORDON & REES, LLP
555 17th Street, Suite 3400
Denver, Colorado 80202
Telephone: 303-534-5160
Facsimile: 303-534-5161
Email:     srendleman@gordonrees.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

  I hereby certify that on this the June 3, 2014, I electronically filed the forgoing with the CM/ECF which will send the notification of such filing to the following email addresses:

Julia T. Thompson, Esq.
SCHOENWALD & THOMPSON LLC
1890 Gaylord Street
Denver, CO 80206
303.837.9000
juliat@milehighlaw.com
*Attorneys for Plaintiffs*

              */s/ Brigitte Garner*
              for GORDON & REES LLP