**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:14-CV-01555

JOSEPH MARINO and TONIA MARINO,

Plaintiffs,

v.

KYLE KIRKPATRICK, PA-C; MARIA ASTIZ, M.D.; STEPHEN ALTMIN, M.D.;
CATHOLIC HEALTH INITIATIVES COLORADO d/b/a CENTURA HEALTH – ST.
ANTHONY HOSPITAL CENTRAL, JEREMIAH FLEENOR, M.D.; MARK WARREN, M.D.;
SARAH HUBBELL, M.D.; MARK CARVALHO, M.D.; MARK S. TUTTLE, M.D.; MARK
LIU, PA-C; LESLIE PROCTOR, M.D.; PAUL HAUTAMAA, M.D.; SCL HEALTH – FRONT
RANGE, INC. d/b/a SAINT JOSEPH HOSPITAL, KAISER FOUNDATION HEALTH PLAN
OF COLORADO.

Defendants

---

**DEFENDANT- CHIC'S ANSWER TO PLAINTIFFS' AMENDED COMPLAINT,
DEFENSES AND JURY DEMAND**

---

The Defendant, CATHOLIC HEALTH INITIATIVES COLORADO d/b/a CENTURA
HEALTH-ST. ANTHONY HOSPITAL CENTRAL, ("St. Anthony Hospital") by its attorneys
Gordon & Rees LLP hereby answers the Plaintiffs' Amended Complaint, states its defenses, and
demands trial by jury, as follows:

**ANSWERS TO AMENDED COMPLAINT'S GENERAL ALLEGATIONS**

1.      Defendant lacks sufficient knowledge or information to form a belief about the
truth of the allegations of Paragraph 1 of Plaintiffs' Amended Complaint.

1

2.      Defendant lacks sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 2 of Plaintiffs' Amended Complaint.

3.      Defendant lacks sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 3 of Plaintiffs' Amended Complaint.

4.      Defendant lacks sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 4 of Plaintiffs' Amended Complaint.

5.      Defendant admits the allegations of Paragraph 5 of Plaintiffs' Amended Complaint.

6.      Defendant admits only that St. Anthony Hospital employs health care providers including certified nursing assistants, nurses, staff and officers.  Defendant denies the remaining allegations of Paragraph 6 of Plaintiffs' Amended Complaint as phrased.

7.      Defendant lacks sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 7 of Plaintiffs' Amended Complaint.

8.      Defendant lacks sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 8 of Plaintiffs' Amended Complaint.

9.      Defendant lacks sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 9 of Plaintiffs' Amended Complaint.

10.     Defendant lacks sufficient knowledge or information to form a belief about the truth of the allegations of Paragraph 10 of Plaintiffs' Amended Complaint.

11.     Defendants deny the allegations of Paragraph 11, as such allegations are contrary to Colorado law.