IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01555-MSK-MEH

JOSEPH MARINO, and
TONIA MARINO,

    Plaintiffs,

v.

KYLE KIRKPATRICK, PA-C,
MARIA ASTIZ, M.D.,
STEPHEN ALTMIN, M.D.,
CATHOLIC HEALTH INITIATIVES COLORADO d/b/a CENTURA HEALTH – ST. ANTHONY HOSPITAL CENTRAL,
JEREMIAH FLEENOR, M.D.,
MARK WARREN, M.D.,
SARAH HUBBELL, M.D.,
MARK CARVALHO, M.D.,
MARK S. TUTTLE, M.D.,
WILLIAM G. GASCOYNE, PA-C,
MARK LIU, M.D.,
LESLIE PROCTOR, M.D.,
PAUL HAUTAMAA, M.D.,
SCL HEALTH – FRONT RANGE, INC., d/b/a SAINT JOSEPH HOSPITAL,
KAISER FOUNDATION HEALTH PLAN OF COLORADO,

    Defendants.

**MINUTE ORDER**

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 28, 2014.**

    Defendant Maria Astiz, M.D.'s Joinder in Motion for Extension of Time to Designate Non-Parties at Fault [filed July 25, 2014; docket #52], Defendant Catholic Health Initiatives Colorado d/b/a Centura Health - St. Anthony's Hospital's Unopposed Joinder in Motion for Extension of Time to Designate Non-Parties at Fault [filed July 25, 2014; docket #54], and Defendant Kyle Kirkpatrick, PA-C's Unopposed Joinder in Motion for Extension of Time to Designate Non-Parties at Fault [filed July 25, 2014; docket #55] are **granted**. These Defendants shall designate non-parties at fault in this case on or before **November 21, 2014.**