IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01555-MEH

JOSEPH MARINO, and
TONIA MARINO,

    Plaintiffs,

v.

KYLE KIRKPATRICK, PA-C,
MARIA ASTIZ, M.D.,
STEPHEN ALTMIN, M.D.,
CATHOLIC HEALTH INITIATIVES COLORADO d/b/a CENTURA HEALTH – ST.,
ANTHONY HOSPITAL CENTRAL,
JEREMIAH FLEENOR, M.D.,
MARK WARREN, M.D.,
SARAH HUBBELL, M.D.,
MARK CARVALHO, M.D.,
MARK S. TUTTLE, M.D.,
WILLIAM G. GASCOYNE, PA-C,
MARK LIU, M.D.,
LESLIE PROCTOR, M.D.,
PAUL HAUTAMAA, M.D.,
SCL HEALTH – FRONT RANGE, INC., d/b/a SAINT JOSEPH HOSPITAL,
KAISER FOUNDATION HEALTH PLAN OF COLORADO,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 26, 2014**.

    In light of the Plaintiffs' Unopposed Motion to Dismiss the Seventh Claim for Relief against Defendant Kaiser Foundation Health Plan of Colorado filed August 25, 2014 [docket #75], the Court **denies as moot** Defendant Kaiser Foundation Health Plan of Colorado's 12(B)(6) Motion to Dismiss [filed July 14, 2014; docket #43].