**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   14-cv-01555-MSK-MEH

JOSEPH MARINO and TONIA MARINO,

      Plaintiffs,

v.

KYLE KIRKPATRICK, PA-C, MARIA ASTIZ, M.D., STEPHEN ALTMIN, M.D., CATHOLIC HEALTH INITIATIVES COLORADO d/b/a Centura Health-St. Anthony Hospital Central, JEREMIAH FLENNOR, M.D., MARK WARREN, M.D., SARAH HUBBELL, M.D., MARK CARVALHO, M.D., MARK S. TUTTLE, M.D., WILLIAM G. GASCOYNE, PA-C, MARK LIU, PA-C, LESLIE PROCTOR, M.D., PAUL HAUTAMAA, M.D., SCL HEALTH - FRONT RANGE, INC., d/b/a Saint Joseph Hospital, KAISER FOUNDATION HEALTH PLAN OF COLORADO,

      Defendants.

---

**STIPULATION TO DISMISS DEFENDANTS WILLIAM G. GASCOYNE, PA-C AND MARK LIU, PA-C, AS NAMED DEFENDANTS**

---

      **COME NOW** the parties, including Joseph and Tonia Marino and William G. Gascoyne, PA-C, Mark Liu, PA-C and Kaiser Foundation Health Plan of Colorado, through undersigned counsel and stipulate and agree as follows:

      1.    Plaintiffs' Amended Complaint and Jury Demand alleges that William G. Gascoyne, PA-C and Mark Liu, PA-C were employees of Kaiser Foundation Health Plan of Colorado (hereinafter, "Health Plan") and were acting within the scope of their employment. Plaintiffs further allege that Health Plan is vicariously liable for the acts and/or omissions of Mr. Gascyone and Mr. Liu in their care and treatment of the Plaintiff, Joseph Marino.

      2.    Defendant Health Plan admits that Mr. Gascoyne and Mr. Liu, the non-physician employees currently named in Plaintiffs' Amended Complaint and Jury Demand, were acting

within the course and scope of their employment with Health Plan during the relevant times set forth in the complaint.

3. Accordingly, Plaintiffs agree to withdraw Mr. Gascoyne and Mr. Liu as named defendants in this case.

Respectfully submitted this 17th day of October, 2014.

| **SCHOENWALD & THOMPSON, LLC** | **MARTIN CONKLIN, P.C.** |
|---|---|
| *A duly signed original is on file at the office of SCHOENWALD & THOMPSON,. LLC* | |
| By: /s/ Julia Thompson<br>Julia Thompson<br>Attorney for Plaintiffs | By: /s/ Gina L. Glockner<br>John L. Conklin<br>Gina L. Glockner<br>*Attorneys for Defendants William G. Gascoyne, PA-C, Mark Liu, PA-C and Kaiser Foundation Health Plan of Colorado* |

Respectfully submitted,

By: /s/ *John L. Conklin*
John L. Conklin
Gina L. Glockner
Martin Conklin, P.C.
90 Madison Street, Suite 601
Denver, CO 80206
Phone: (303) 321-1980
Fax: (303) 321-8828
Email: jconklin@martinconklin.com
gglockner@martinconklin.com
Attorneys for Defendants William G. Gascoyne, PA-C, Mark Liu, PA-C and Kaiser Foundation Health Plan of Colorado

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2014, I electronically filed a true and correct copy of the above and foregoing **STIPULATION TO DISMISS DEFENDANTS WILLIAM G. GASCOYNE, PA-C AND MARK LIU, PA-C, AS NAMED DEFENDANTS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Julia T. Thompson, Esq.
Schoenwald & Thompson, LLC
1890 Gaylord Street
Denver, CO 80206

D. Scott Rendleman, Esq.
David M. Clarke, Esq.
Gordon & Rees LLP
555 17th Street, Suite 3400
Denver, CO 80202

Christine Craigmile, Esq.
Fennemore Craig
1700 Lincoln St Ste 2900
Denver CO 80203

Thomas Kresl, Esq.
Sharon P. Kelly, Esq.
Kresl & Johnson, P.C.
600 South Cherry Street, Suite 217
Denver CO 80246

Arthur M. Loyd Esq.
Steven A. Michalek, Esq.
Childs McCune, LLC
821 17th Street, Suite 500
Denver CO 80202

Bradley G. Robinson, Esq.
Brian McConaty, Eq.
Robinson Waters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver CO 80202

*A duly signed original is available at the offices of MARTIN CONKLIN, P.C.*

---

*/s/ Erica Whitlock*