IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-01555-MSK-MEH

JOSEPH MARINO; and
TONIA MARINO,

    Plaintiffs,

v.

KYLE KIRKPATRICK, PA-C;
MARIA ASTIZ, M.D.;
STEPHEN ALTMIN, M.D.;
CATHOLIC HEALTH INITIATIVES COLORADO d/b/a/ CENTURA HEALTH – ST. ANTHONY HOSPITAL CENTRAL;
JEREMIAH FLEENOR, M.D.;
MARK WARREN, M.D.;
SARAH HUBBELL, M.D.;
MARK CARVALHO, M.D.;
MARK S. TUTTLE, M.D.;
MARK LIU, PA-C;
LESLIE PROCTOR, M.D.;
PAUL HAUTAMAA, M.D.;
SCL HEALTH – FRONT RANGE, INC. d/b/a SAINT JOSEPH HOSPITAL;
KAISER FOUNDATION HEALTH PLAN OF COLORADO,

    Defendants.

---

## ORDER DISMISSING CLAIMS AS TO CERTAIN DEFENDANTS

---

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss Defendants William G. Gascoyne, PA-C and Mark Liu, PA-C, as Named Defendants (Motion) **(#81)** filed October 27, 2014.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and all claims asserted by Plaintiffs against Defendants William G. Gascoyne, PA-C and Mark Liu, PA-C are hereby dismissed, with

prejudice, each party to bear his, her or its own attorney fees and costs. All future captions shall so reflect.

DATED this 29th day of October, 2014.

**BY THE COURT:**

*Marcia A. Krieger*
———————————————
Marcia S. Krieger
United States District Court